UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHAN CAMPBELL, JR., <u>et al.</u>**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, <u>et al.</u>**,<br><br>Defendants. | Case No. 1:17-cv-00413 (CRC) |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Meet and Confer Statement, it is hereby ORDERED that:

1. Discovery in this case shall proceed according to the following schedule:

   | | |
   |---|---|
   | Fact Discovery Commences | July 5, 2017 |
   | Initial Disclosures | August 4, 2017 |
   | Motion to Add Parties or Amend Pleadings | September 1, 2017 |
   | Fact Discovery Deadline | November 1, 2017 |
   | Proponent's Expert Disclosures | November 15, 2017 |
   | Opponent's Expert Disclosures | December 7, 2017 |
   | Discovery Deadline | January 8, 2018 |
   | Post-Discovery Status Conference | January 9, 2018 at 10:00am. |

2. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than five (5) non-party depositions, no more than twenty-five (25) interrogatories, and no more than twenty-five (25) requests for admission per side. 14-1

3. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of

disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled. At least twenty-four (24) hours before jointly calling chambers, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

4. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion.

5. The Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: June 5, 2017