**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| **NATHAN CAMPBELL, JR.,** *et al.,* | : |
| **Plaintiffs,** | : |
|  | : Civil Action Number: 17-cv-00413 (TJK) |
| v. | : |
| **DISTRICT OF COLUMBIA,** *et al.,* | : |
| **Defendants.** | : |

=====================================

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**
**PURSUANT TO FED. R. CIV. P. 16(b)(4) AND LCvR 16.4(a)**

Plaintiffs, Nathan Campbell, Jr., et.al. by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, and counsel for defendants Ballard, Clemens, Foster, Wynn and the District of Columbia, respectfully submit this Joint Motion to Modify the Scheduling Order Pursuant to Fed. R. Civ. P. 16(b)(4) and LCvR 16.4(a) and respectfully request that this Court enter an Order granting this motion. In support thereof, counsel for the plaintiffs and defendants state as follows:

**PROCEDURAL HISTORY**

On March 7, 2017, counsel for the plaintiffs filed the Complaint against defendants Ballard, Clemens, Foster, Wynn and the District of Columbia in the above-captioned case. On May 1, 2017, defendants Clemens, District of Columbia, Foster and Wynn, through their counsel, filed their answer to the plaintiffs' complaint. On July 11, 2017, defendant Ballard, through his counsel, filed his answer to the plaintiffs' complaint.

On May 26, 2017, the plaintiffs and defendants' Meet and Confer Statement was filed with the court. On June 5, 2017, the judge presiding over the above-captioned case prior to the

reassignment to this Court, the Honorable Christopher R. Cooper, entered the following Scheduling Order governing discovery in this case:

| | |
|---|---|
| Fact Discovery Commences: | July 5, 2017 |
| Initial Disclosures: | August 4, 2017 |
| Motion to Add Parties or Amend Pleadings: | September 1, 2017 |
| Fact Discovery Deadline: | November 1, 2017 |
| Proponent's Expert Disclosures: | November 15, 2017 |
| Opponent's Expert Disclosures: | December 7, 2017 |
| Discovery Deadline: | January 8, 2018 |
| Post-discovery Status Conference: | January 9, 2018 |

## **DISCOVERY**

Subsequent to the entry of the Scheduling Order on June 5, 2017, the following discovery has been completed:

1. On August 3, 2017, the plaintiffs and the defendants exchanged initial disclosures;

2. On September 12, 2017, the plaintiffs submitted their Interrogatories and Requests for Admissions to defendants Ballard, Clemens, District of Columbia, Foster and Wynn.

3. On September 14, 2017, the plaintiffs submitted their Requests for Production of Documents to defendant District of Columbia.

4. The defendants submitted the following discovery requests:

    a. Interrogatories to plaintiff Kisha Campbell on September 18, 2017. The answers to the interrogatories are due on Monday, October 23, 2017.

      b.      Requests for Production of Documents to plaintiffs Kisha Campbell and Nathan Campbell, Jr. on September 27, 2017. The answers to the requests for production of documents are due on October 27, 2017.

      c.      Requests for Admissions to plaintiff Kisha Campbell on September 29, 2017. The answers to the requests for admissions are due on October 29, 2017.

      5.      The defendants have noted all of the plaintiffs' depositions to be taken on October 25, 2017.

      6.      The plaintiffs noted the deposition of Reginald Ballard to be taken on October 30, 2017, and the depositions of Dawn Clemens, Dwayne Foster, Resa Wynn to be taken on October 31, 2017.

On October 11, 2017, counsel for the defendants advised counsel for the plaintiffs that he required an additional fourteen (14) days, until October 26 and 28, 2017, to provide the defendants discovery responses to the plaintiffs, and pursuant to the statute, it is necessary to file a motion for a protective order in order to provide the District of Columbia Public School documents pertaining to K.C. and N.C. Counsel for the plaintiffs consented to the above-noted request. On October 13, 2017, counsel for the defendants filed a Consent Motion for a Protective Order. This motion is pending before this Court.

Counsel for the defendants has advised counsel for the plaintiffs that the document production in this case is voluminous and that the defendants anticipate taking nine (9) depositions. Due to the defendants' request for an extension of time as noted above, the parties have agreed to postpone all of the scheduled depositions in this case until the plaintiffs and the defendants have submitted their respective discovery responses.

Due to the outstanding discovery responses as noted herein and since the parties have not taken any depositions, counsel for the plaintiffs and defendants respectfully submit that they will not be able to complete all of the fact discovery by the November 1, 2017 deadline. Accordingly, counsel for the plaintiffs and the defendants respectfully request that this Court modify the June 5, 2017, Scheduling Order as follows:

| | |
|---|---|
| Fact Discovery Deadline: | February 1, 2018 |
| Proponent's Expert Disclosures: | February 22, 2018 |
| Opponent's Expert Disclosures: | March 15, 2017 |
| Discovery Deadline: | April 16, 2018 |
| Post-discovery Status Conference: | To Be Set By The Court |

The parties have not previously moved to modify the Scheduling Order in this case. Counsel for Plaintiffs and the defendants submit that the request made in this motion is not being made for dilatory reasons or to delay the proceedings in this case.

## ARGUMENT

Federal Rule of Civil Procedure 6(b) provides, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" Under FRCP 16(b)(4) "[a] schedule may be modified only for good cause and with the judge's consent." Finally, pursuant to LCvR 16 "the Court may modify the scheduling order at any time upon a showing of good cause."

WHEREFORE, for the reasons stated herein and good cause shown, counsel for the plaintiffs and the defendants respectfully request that this Court enter an Order granting the Joint Motion to Modify the Scheduling Order Pursuant to Fed. R. Civ. P. 16(b)(4) and LCvR 16.4(a).

Kisha Campbell
Nathan Campbell, Jr.
N.C. and K.C.
By Counsel

Respectfully submitted,

*/s/ Billy L. Ponds*
Billy L. Ponds
Counsel for the Plaintiff
Bar Number 379883
2101 L Street, NW
Suite 400
Washington, DC 20007
Telephone Number: (202) 333-2922
E-Mail: plfpc@aol.com

Reginald Ballard
Dawn Clemens
Dwayne Foster
Resa Wynn
District of Columbia
By Counsel

/s/ Michael K. Addo
Michael K. Addo
Bar Number 10098971
Chief, Civil Litigation Division, Section IV

/s/ Benjamin Bryant
Benjamin E. Bryant
Assistant Attorney General
441 4th Street, NW
Suite 630 South
Washington, DC 20001
Telephone: 202-724-6652
Facsimile: 202-730-0624
E-Mail: benjamin.bryant@dc.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the Joint Motion to Modify the Scheduling Order Pursuant to Fed. R. Civ. P. 16(b)(4) and LCvR 16.4(a) was sent via Electronic Case Management Filing System to Counsel for Defendants Ballard, Clemens, Foster, Wynn and District of Columbia, Benjamin Bryant to benjamin.bryant@dc.gov on this 22th day of October 2017.

                                                    /s/ Billy L. Ponds
                                                    Billy L. Ponds